IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**MICHAEL RICHARDS**                                                               **PLAINTIFF**

vs.                         Civil No. 4:22-cv-04051

**KILOLO KIJAKAZI,**                                           **DEFENDANT**
Acting Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 10th day of April 2023, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE